**CENTREDALE SIGN COMPANY**

v.

**John H. NORBERG, Tax Administrator of the State of Rhode Island.**

**No. 79–410–M.P.**

Supreme Court of Rhode Island.

Dec. 13, 1979.

John D. Lynch, Warwick, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer, Taxation, Providence, for respondent.

### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.